|                              |     |                              |
| ---------------------------- | --- | ---------------------------- |
| UNITED STATES DISTRICT COURT |     | EASTERN DISTRICT OF TEXAS    |

AGUSTIN MELENDEZ-RIVERA, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-335
§
F. J. GARRIDO, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Agustin Melendez-Rivera, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting respondent's motion for summary judgment and dismissing the petition.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge (#8) is **ADOPTED**. Respondent's

motion for summary judgment (#7) is **GRANTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 19th day of February, 2021.

                                            MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE